| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Alta Loma Vivative LP

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  81-2399030

**4. Debtor's address**

Principal place of business

9456 Roberds Street
Rancho Cucamonga, CA 91701-5820
Number, Street, City, State & ZIP Code

San Bernardino
County

Mailing address, if different from principal place of business

251 S. Lake Ave.
Suite 800
Pasadena, CA 91101
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  https://altalomapackinghouse.com/

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Alta Loma Vivative LP**                                    Case number (*if known*)
        Name

7. **Describe debtor's business**  A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. *Check all that apply:*

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

Debtor  **Alta Loma Vivative LP**  Case number (*if known*)  _____
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**  Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

Where is the property? _____
   Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.  Insurance agency _____
   Contact name _____
   Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 3

Debtor   **Alta Loma Vivative LP**_____   Case number (*if known*)_____
    Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | | |
|---|---|---|
| Debtor | **Alta Loma Vivative LP** | Case number (*if known*) |
| | Name | |

■ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **August 18, 2025**
                       MM / DD / YYYY

X **/s/ Guillermo A. Romero**                               **Guillermo A. Romero**
Signature of authorized representative of debtor             Printed name

Title  **Pres. of Vivative Ventures, Inc., General Partner of Debtor**

---

**18. Signature of attorney**

X **/s/ W. Derek May**                                    Date **August 18, 2025**
Signature of attorney for debtor                                   MM / DD / YYYY

**W. Derek May 246327**
Printed name

**Law Office of W. Derek May**
Firm name

**400 N. Mountain Ave.**
**Suite 236**
**Upland, CA 91786**
Number, Street, City, State & ZIP Code

Contact phone  **909-920-0443**     Email address  **wdmlaw17@socalbankruptcy.net**

**246327 CA**
Bar number and State

---

Fill in this information to identify the case:

Debtor name: Alta Loma Vivative LP

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advanced Environmental Landscape 7201 Amethyst Ave. Rancho Cucamonga, CA 91701 | | Business Vendor | | | | $3,700.00 |
| Cassia Adelanto LLC 251 S. Lake Avenue Suite 800 Claremont, CA 91711 | | Business loan | | | | $247,000.00 |
| Flavio Nuno 2374 N. Milor Ave. Rialto, CA 92377 | | Business Loan | | | | $90,000.00 |
| Florentino Fernandez 1419 Strozier Ave. South El Monte, CA 91733 | | Business Loan | | | | $50,000.00 |
| Jairo Penaranda 1655 SW Martha Street Portland, OR 97239 | | Business Loan | | | | $20,000.00 |
| Jo-Ann Savoia 1952 Loma Vista Street Pasadena, CA 91104 | | Business loan | | | | $40,000.00 |
| Joe Leyva 251 S. Lake Ave., Suite 800 Pasadena, CA 91101 | | Business Loan | | | | $10,000.00 |
| Jorge Gutierrez 242 Covina Ave. Long Beach, CA 90803 | | Business Loan | | | | $10,000.00 |

Debtor  **Alta Loma Vivative LP**　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Juan Rodriguez<br>Attn: Leti<br>1038 N. Smiderle Loop<br>Ontario, CA 91764 | | Business Loan | | | | $35,000.00 |
| Karla Silva<br>9649 Creemore Drive<br>Tujunga, CA 91042 | | Business Loan | | | | $10,000.00 |
| Luz Nuno<br>11491 Kittridge Street<br>North Hollywood, CA 91606 | | Business Loan | | | | $25,000.00 |
| Nahani Gabriela<br>6212 E. Olympic Blvd.<br>Los Angeles, CA 90022 | | Business Loan | | | | $25,000.00 |
| Raul Mora<br>6910 Agra Street<br>Commerce, CA 90040 | | Business Loan | | | | $75,000.00 |
| SCM Trust<br>475 1/2 W. Maple Street<br>Glendale, CA 91204 | | Business Loan | | | | $55,000.00 |
| Sola Lite<br>PO Box 11571<br>Palm Desert, CA 92255 | | Business Loan | | | | $16,000.00 |
| Steve Kramer<br>690 S. Bronson Ave.<br>Los Angeles, CA 90005 | | Business Loan | | | | $20,000.00 |

Alta Loma Vivative LP
251 S. Lake Ave.
Suite 800
Pasadena, CA 91101

W. Derek May
Law Office of W. Derek May
400 N. Mountain Ave.
Suite 236
Upland, CA 91786

Advanced Environmental Landscape
7201 Amethyst Ave.
Rancho Cucamonga, CA 91701

Cassia Adelanto LLC
251 S. Lake Avenue
Suite 800
Claremont, CA 91711

Flavio Nuno
2374 N. Milor Ave.
Rialto, CA 92377

Florentino Fernandez
1419 Strozier Ave.
South El Monte, CA 91733

Franchise Tax Board
Bankruptcy Section, MS: A340
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jairo Penaranda
1655 SW Martha Street
Portland, OR 97239

Jeffrey Land Cinnamon
Hawks Trust
Attn: Jeffrey Hawks, Trustee
5380 Gulf of Mexico Dr. #105-411
Longboat Key, FL 34228

Jo-Ann Savoia
1952 Loma Vista Street
Pasadena, CA 91104

Joe Leyva
251 S. Lake Ave., Suite 800
Pasadena, CA 91101

Jorge Gutierrez
242 Covina Ave.
Long Beach, CA 90803

Juan Rodriguez
Attn: Leti
1038 N. Smiderle Loop
Ontario, CA 91764

Karla Silva
9649 Creemore Drive
Tujunga, CA 91042

Luz Nuno
11491 Kittridge Street
North Hollywood, CA 91606

Mortgage Vintage
260 Newport Center Drive
4th Floor
Newport Beach, CA 92660


Nahani Gabriela
6212 E. Olympic Blvd.
Los Angeles, CA 90022


Raul Mora
6910 Agra Street
Commerce, CA 90040


San Bernardino County
Tax Collector
268 W. Hospitality Lane
Fourth Floor
San Bernardino, CA 92415


SCM Trust
475 1/2 W. Maple Street
Glendale, CA 91204


SNDVL LLC
Attn: Armando
14148 Applegate Lane
Chino Hills, CA 91709


Sola Lite
PO Box 11571
Palm Desert, CA 92255


Steve Kramer
690 S. Bronson Ave.
Los Angeles, CA 90005

Total Fire Protection
6022 Santa Fe Avenue
Huntington Park, CA 90255

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**W. Derek May 246327**<br>**400 N. Mountain Ave.**<br>**Suite 236**<br>**Upland, CA 91786**<br>909-920-0443 Fax: 909-912-8114<br>California State Bar Number: **246327 CA**<br>wdmlaw17@socalbankruptcy.net<br><br>■ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**Alta Loma Vivative LP**<br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:  **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __W. Derek May 246327_____ , the undersigned in the above-captioned case, hereby declare
      *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                              **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:
   - ☐ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ■ I am the attorney for the Debtor corporation

2.a.   ■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   See Addendum

   b.   ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **August 18, 2025** | By:   **/s/ W. Derek May** |
| Date | Signature of Debtor, or attorney for Debtor |
| | Name:   **W. Derek May 246327** |
| | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012      F 1007-4.CORP.OWNERSHIP.STMT

## Addendum to Corporate Ownership Statement Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

| |
|---|
| Botanutric Int'l<br>Attn: Guillermo Romero<br>11680 Central Ave.<br>Chino, CA 91710 |
| Goldfini Group LLC<br>19961 Harrison Ave.<br>City of Industry, CA 91789 |
| Hill Dr Properties LLC<br>251 S. Lake Ave.<br>Suite 800<br>Pasadena, CA 91101 |
| New Life Restoration LLC<br>Attn: Melissa Melendes<br>524 Franklin Place<br>Monrovia, CA 91016 |
| Quiz LLC<br>5121 S. Manhattan Place<br>Los Angeles, CA 90062 |
| Two Aspire Foundation<br>Attn: Alex Wilson<br>30 Mykonos<br>Laguna Niguel, CA 92677 |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                      F 1007-4.CORP.OWNERSHIP.STMT